ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEC 15 2006

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | | |
|---|---|---|
| IP CO., LLC, | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 1:06-CV-3048 |
| CELLNET TECHNOLOGY, INC., | ) | |
| and TROPOS NETWORKS, INC., | ) | |
| | ) | **JURY TRIAL DEMANDED**   JEC |
| Defendants. | ) | |

## COMPLAINT

NOW COMES Plaintiff IP CO., LLC ("IPCO"), and hereby makes and files

this Complaint against defendants CELLNET TECHNOLOGY, INC. ("Cellnet")

and TROPOS NETWORKS, INC. ("Tropos"), for infringement of U.S. Patent No.

7,103,511 B2 under the Patent Act, 35 U.S.C. § 101 et. seq. IPCO alleges as

follows:

### Parties

1.     Plaintiff IPCO is a Georgia limited liability corporation headquartered

in Atlanta, Georgia.

DM1\705967.1

2.     Defendant Cellnet is a Delaware corporation, having its principal place of business at 30000 Mill Creek Avenue, Suite 100, Alpharetta, Georgia 30022.

3.     Defendant Tropos is a Delaware corporation, having its principal place of business at 26610 Agoura Road, Suite 110, Calabasas, CA 91302.

## Jurisdiction and Venue

4.     This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has exclusive subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

5.     This Court has personal jurisdiction over Cellnet. Cellnet regularly conducts business within the State of Georgia and this judicial district, including actions and conduct related to the infringement alleged herein. Cellnet has a registered agent located at 3761 Venture Drive, Duluth, Georgia 30096.

6.     This Court has personal jurisdiction over Tropos. Tropos regularly conducts business within the State of Georgia and this judicial district, including actions and conduct related to the infringement alleged herein. Tropos has a registered agent located at 1730 South Amphlett Boulevard, Suite 304, San Mateo, CA 94402.

7.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b). Defendants have committed acts of infringement within the State of Georgia and, more particularly, within this judicial district.

## COUNT I

## Infringement of the '511 Patent

8.     IPCO repeats and incorporates by reference as if fully stated herein the allegations in paragraphs 1 through 7 above.

9.     United States Patent No. 7,103,511 B2 ("the '511 Patent"), entitled "Wireless Communication Networks For Providing Remote Monitoring Of Devices," was duly and legally issued by the United States Patent Office on September 5, 2006, after full and fair examination. A copy of the '511 Patent is attached hereto as Exhibit "A."

10.     IPCO is the licensee of the rights in and to the '511 Patent necessary to file and prosecute this litigation, and possesses the necessary rights of recovery under the '511 Patent for this litigation.

11.     Defendants make, use, offer to sell, and/or sell a wireless mesh network system and/or components thereof, and/or induce others to do the same.

12.     Defendants have infringed and are infringing at least one claim of the '511 Patent by making, using, offering to sell, and/or selling its wireless mesh

-3-

DM1\705967.1

network system and/or components thereof. In particular, Defendants are infringing the '511 Patent under 35 U.S.C. § 271 by performing, without authority, one or more of the following acts: (a) making, using, offering to sell, and/or selling within the United States products and services that practice the inventions of the '511 Patent; (b) importing into the United States the inventions of the '511 Patent; (c) contributing to the infringement of the '511 Patent by others in the United States; and/or (d) inducing others to infringe the '511 Patent within the United States.

13.    Upon information and belief, Defendants' infringement, inducement of infringement, and/or contributory infringement of the '511 Patent has been willful and deliberate after receipt of notice of the '511 Patent.

14.    IPCO has suffered damages as a result of Defendants' infringement of the '511 Patent and will continue to suffer damages and irreparable harm in the future unless Defendants are enjoined from infringing further the '511 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff IP CO., LLC prays for the following relief against Defendants CELLNET TECHNOLOGY, INC. and TROPOS NETWORKS, INC.:

A.     A judgment that Defendants have directly infringed the '511 Patent, contributorily infringed the '511 Patent, and/or induced infringement of the '511 Patent;

B.     A preliminary, and thereafter permanent, injunction enjoining and restraining Defendants and its officers, directors, agents, servants, employees, attorneys, and all others acting under, by or through them, from directly infringing, contributorily infringing, and inducing the infringement of the '511 Patent;

C.     A judgment and order requiring Defendants to pay IPCO damages under 35 U.S.C. § 284, including treble damages for willful infringement;

D.     A judgment and order requiring Defendants to pay IPCO pre-judgment and post-judgment interest on the damages awarded;

E.     A judgment requiring Defendants to pay the costs of this action (including all disbursements) and attorneys' fees as provided by 35 U.S.C. § 285, with prejudgment interest; and

F.     Such other and further relief as this Court may deem just and equitable.

DM1\705967.1

## DEMAND FOR JURY TRIAL

Plaintiff IP CO., LLC hereby demands that all issues be determined by a jury.

Respectfully submitted, this _15th_ day of December, 2006.

DUANE MORRIS LLP

John C. Herman
(Georgia Bar No. 348370)
Antony L. Sanacory
(Georgia Bar No. 625195)

1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309-3448
404-253-6900 (telephone)
404-253-6901 (facsimile)

Attorneys for Plaintiff
IP CO., LLC

-6-